JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Mohammad Rezai Fakhr et al., | No. 2:22-cv-04357-FMO-JEM |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Anthony Blinken et al, et al., | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: December 14, 2022

/s/
_____
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1